UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  4:22-cr-00049 AGF |
| | ) | |
| MARK PIROZZI, | ) | |
| | ) | |
| Defendant. | ) | |

**INFORMATION**

**COUNT ONE**

The United States Attorney charges that:

1. Mark Pirozzi ("Pirozzi") has owned and operated Pirozzi Painting, LLC, a painting business, since 1997. At all relevant times, to include tax years 2015-2017, he was the sole owner of Pirozzi Painting, which was located in St. Louis County, within the Eastern District of Missouri. Additionally, each of the 2015-2017 tax returns were prepared, signed, and filed in the Eastern District of Missouri.

2. During tax years 2015-2017, Pirozzi received a significant portion of his business receipts via check. In order to conceal his true income from the Internal Revenue Service (IRS), Pirozzi structured the deposits so that only a portion of the funds went into his business checking account. The remaining funds were taken as cash or deposited into his personal account.

3. Pirozzi used an accountant to prepare his federal income tax returns for those years, but only provided the preparer with the deposits into his business bank account. Pirozzi,

1

who handled the bookkeeping and managed the bank accounts, told his accountant that all business checks were deposited to his business bank account.  His accountant was not aware that Pirozzi deposited business checks to his personal bank account or split the check deposit between the business account and cash.

4.      For tax years 2015-2017, Pirozzi initially reported business taxable income of $3,648, $35,102, and $44,572, respectively.  After learning of the federal criminal investigation by the IRS, he amended his returns for tax years 2015-2017, reporting taxable income of $207,126, $255,327, and $268,878, respectively.  At the times the initial returns were prepared, Piozzi knew the information was false, knew his accountant would use this information to prepare his tax returns, and knew the false information and returns would be transmitted to the IRS.

5.      Pirozzi reviewed and then authorized his accountant to electronically file the returns for tax years 2015-2017.  Each of the income tax returns filed by Pirozzi contain a perjury provision by which he declared he was signing the return under penalty of perjury.  Further, each electronic authorization (Form 8879) Pirozzi signed with his accountant explained that the return would be filed under penalty of perjury.  By providing false information to his accountant, Pirozzi caused the creation, issuance, and filing of false tax returns.  The tax loss resulting from these false tax returns were $69,669 in 2015; $78,941 in 2016; and $80,631 in 2017.  In total, Pirozzi failed to report a total of $229,241 for the tax years 2015-2017.

6.      On or about December 11, 2018, in the Eastern District of Missouri,

**MARK PIROZZI**,

the defendant herein, did willfully make and subscribe his 2017 income tax return, which contained or was verified by a written declaration that it was made under the penalties of perjury, and which Pirozzi did not believe to be true and correct as to every material matter, and was made with the specific intent to violate the law.

In violation of Title 26, United States Code, Section 7206(1).

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney

*Anthony Box*
_____
ANTHONY BOX, #58575MO
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri  63102
(314) 539-2200

UNITED STATES OF AMERICA )
EASTERN DIVISION )
EASTERN DISTRICT OF MISSOURI )

I, Anthony Box, Assistant United States Attorney for the Eastern District of Missouri, being duly sworn, do say that the foregoing information is true as I verily believe.

/s/ Anthony Box
ANTHONY BOX, 58575(MO)

Subscribed and sworn to before me this  21st  day of January 2022.

Gregory J. Linhares
CLERK, U.S. DISTRICT COURT

By:  Deborah O'Leary
DEPUTY CLERK

