UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARK PIROZZI,

    Defendant,

**WAIVER OF INDICTMENT**

CASE NUMBER: 4:22-cr-00049 AGF

I, MARK PIROZZI, the above named defendant, who is accused of TAX FRAUD, an offense punishable by imprisonment for a term not more than 3 years, in violation of Title 26, United States Code, Section 7206(1), being advised of the nature of the charge, the proposed information, and of my rights, hereby waive on _____January 26, 2022_____ [date] prosecution by indictment and consent that the proceeding may be by information rather than indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____Audrey G. Fleissig_____
            Judicial Officer